Paul R. Goddard, appellee, v. James W. Parker, appellant. Gen. No. 8,127.

Opinion filed May 17, 1930.
Richard H. Radley and Richard H. Radley, Jr., for appellant. Clarence W. Heyl, for appellee; Heyl & Heyl, of counsel.
Mr. Justice Jones delivered the opinion of the court.

L. S. Mayer, trading as The Cannon Oiler Company, appellee, v. Erle E. Gluba, appellant. Gen. No. 8,132.

Opinion filed May 15, 1930.
Everett L. Werts, James Allen and Hartzell, Cavanagh & Martin, for appellant. Walter L. Mannon, for appellee.
Mr. Justice Jones delivered the opinion of the court.

Parker Truck Company, appellee, v. Estate of Jacobus Koek, deceased, appellant. Gen. No. 8,139.

Opinion filed May 17, 1930.
Thomas J. Peden, Paul MacGuffin and Willis A. Overholser, for appellant. George A. Affeldt and Runyard & Behanna, for appellee.
Mr. Justice Jones delivered the opinion of the court.

William J. Reineke, appellee, v. Max Benthien, appellant. Gen. No. 8,156.

Opinion filed May 17, 1930.
Frank M. Ryan, for appellant. Welsh & Welsh, for appellee.
Mr. Justice Jones delivered the opinion of the court.

Armer E. Johnson, appellant, v. Frank G. Hogland, appellee. Gen. No. 8,187.

Opinion filed May 22, 1930. Rehearing denied June 24, 1930.
Lathrop, Lathrop, Brown & Lathrop, for appellant. Hall & Dusher, for appellee.
Mr. Presiding Justice Boggs delivered the opinion of the court.